Law Offices of Albert J. Rescinio, L.L.C.
1500 Allaire Avenue - Unit #101
Ocean Township, New Jersey  07712
Telephone:    (732) 531-2005
Telefax:          (732) 531-8009
By:      Albert J. Rescinio, Esq. (ID#034331989)
**Attorneys for Plaintiff David M. Greco,** *individually and on behalf of others similarly situated*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| **David M. Greco,** *individually and on behalf of others similarly situated,* <br><br> *Plaintiff,* <br><br> vs. <br><br> **Gurbir S. Grewal,** *New Jersey Attorney General, et al.,* <br><br> *Defendants.* | Civil Action No. 3:19-cv-19145(BRM)(TJB) |

## ORDER TO SHOW CAUSE

**THIS MATTER** having been opened to the Court by Albert J. Rescinio, Esq., attorney for Plaintiff David M. Greco, and the Court having considered the papers, and for good cause shown;

**IT IS ON THIS** 22nd **DAY OF OCTOBER, 2019,**

**ORDERED** that the Defendants named herein shall show cause before the Court at Courtroom 1 of the Frank R. Lautenberg United States Court House & Post Office,

1

**2 Federal Plaza, Newark, New Jersey,** on **November 13**, 2019, at **1:30 p.m.** and then and there specifically Show Cause why the Court should not enter an Order granting Preliminary Injunctive Relief as follows:

- An Order Preliminary Enjoining Defendant Gurbir S. Grewal, New Jersey Attorney General, and any law enforcement agencies and law enforcement officers under his control and supervision, from taking any enforcement or prosecution action whatsoever pursuant to the authority of the "*New Jersey Extreme Risk Protective Order Act of 2018*" (hereinafter "EPRO Act"), New Jersey Public Law 2018, Chapter 35, now codified at *N.J.S.A.* 2C:58-20 through -32, which was passed into law by the New Jersey State Legislature, and signed into law by the New Jersey Governor, on June 13, 2018, and which went into effect on September 1, 2019, until further Order of this Court; and

**IT IS FURTHER ORDERED** that Plaintiff shall cause a copy of this Verified Class Action Complaint and Jury Demand, Summons, and this Order to Show Cause and the accompanying moving papers to be immediately served upon all Defendants in accordance with the *Federal Rules of Civil Procedure* on or before **October 24**, 2019; and

**IT IS FURTHER ORDERED** that any Defendant wishing to be heard shall each have until close of business on **November 1**, 2019 to file any written opposition with the Court which opposition shall be simultaneously served upon Plaintiff's attorney; and

**IT IS FURTHER ORDERED** that Plaintiff shall have until close of business on **November 8**, 2019 to file any written reply to Defendant's opposition.

/s/Brian R. Martinotti
_____
**BRIAN R. MARTINOTTI, U.S.D.J.**