UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:   BRIAN R. MARTINOTTI                    Date:   11/20/2019
Court Reporter: Megan McKay Soule               Docket No: 3:19-19145

Title of the Case:

DAVID M. GRECO
v.
GURBIR GREWAL, et al

Appearances:

Albert J. Rescinio & Erik W. Mueller, Attorneys for Plaintiff
Stuart Feinblatt, Asst Attorney General, Attorney for Defendants

Nature of Proceedings:

Return date on Show Cause Hearing
Argument Held
Court Reserved decision.

                   Lissette Rodriguez, Courtroom Deputy

Commenced:   2:00 pm
Concluded:   3:15 pm