

**Daniel J. DeFiglio**
*Member of New Jersey
and Pennsylvania Bar*
ddefiglio@archerlaw.com
856-616-2611 Direct
856-673-7011 Direct Fax

Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

November 25, 2019

**VIA E-FILING**

The Honorable Brian R. Martinotti, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 341
Trenton, NJ 08608

      **RE:**  **Greco v. Grewal., et al.**
           **Civil Action No. 3:19-cv-19145-BRM-TJB**

Dear Judge Martinotti:

     This office represents Defendants, Gloucester Township Police Department, Bernard John Dougherty, Nicholas C. Aumendo, Donald B. Gansky, William Daniel Rapp and Brian Anthony Turchi ("Gloucester Township Defendants") in the above referenced matter. Like Defendants Gurbir S. Grewal, Jared M. Maples, New Jersey Office of Homeland Security and Preparedness, Camden County Prosecutor's Office, Jill S. Mayer, and Nevan Soumalis ("State Defendants"), the Gloucester Township Defendants are also required to file a responsive pleading by November 27, 2019.

     We therefore respectfully request that the date for the Gloucester Township Defendants to file a responsive pleading be extended until twenty (20) days following the entry of the Court's order deciding the pending motion for a preliminary injunction. All responsive pleadings will then be due on the same date. We have spoken with Plaintiff's counsel, Albert J. Rescinio, Esq. and he consents to this extension.

     We thank Your Honor for your attention in this important matter. A copy of a proposed order is attached hereto.

                       Very truly yours,

                       ARCHER & GREINER
                       A Professional Corporation

                       By:   */s/ Daniel J. DeFiglio*
                             Daniel J. DeFiglio

DJD/ier
cc:    All Counsel of Record (via e-filing)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| DAVID M. GRECO,<br><br>               Plaintiff,<br><br>    v.<br><br>GURBIR S. GREWAL, ET AL.,<br><br>               Defendants. | Civil Action No.  3:19-CV-19145 |

## ORDER EXTENDING DEFENDANTS GLOUCESTER TOWNSHIP POLICE DEPARTMENT, BERNARD JOHN DOUGHERTY, NICHOLAS C. AUMENDO, DONALD B. GANSKY, WILLIAM DANIEL RAPP AND BRIAN ANTHONY TURCHI TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

ARCHER & GREINER
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121

Attorneys for Defendants,
Gloucester Township Police Department,
Bernard John Dougherty, Nicholas C.
Aumendo, Donald B. Gansky, William Daniel
Rapp and Brian Anthony Turchi

BY:   JOHN C. CONNELL, ESQ.
          VINCENT P. SARUBBI, ESQ.
          DANIEL J. DEFIGLIO, ESQ.

This matter having come before the Court by application of Gloucester Township Police Department, Bernard John Dougherty, Nicholas C. Aumendo, Donald B. Gansky, William Daniel Rapp and Brian Anthony Turchi ("Gloucester Township Defendants"); and the Court having considered the papers submitted herein, and for good cause shown;

It is on this _____ day of _____, 2019;

**ORDERED** that the Gloucester Township Defendants shall answer, move or otherwise respond to the Complaint no later than twenty (20) days following the entry of the Court's order deciding the pending motion for a preliminary injunction.

_____
Hon. Brian R. Martinotti, U.S.D.J.

217661537v1