

## SNAPSOT OF EXTREME RISK ACTIVITY

## FROM SEP 01, 2019 TO NOV 21, 2019

| | MONTH OF STATUS | | | |
| --- | --- | --- | --- | --- |
| | 2019-09 | 2019-10 | 2019-11 | TOTAL |
| **PETITION STATUS** | | | | |
| **TERPOs GRANTED** | 42 | 38 | 28 | 108 |
| | | | | |
| **FERPOs GRANTED** | 12 | 25 | 16 | 53 |

**Run Date / Time.:**  Friday November 22, 2019 12.02.04

---

Report shows the activity of all petitions ENTERED during trhe time period in the heading

MONTH OF STATUS  shows the month the petrition status was created

TERPOs GRANTED = When the petition was reviewed by a judge who found good cause  [TRPO]
FERPOs GRANTED = When a judge reviwed a TERPO and granted a final protection order [FRPO]