

**Daniel J. DeFiglio**
*Member of New Jersey
and Pennsylvania Bar*
ddefiglio@archerlaw.com
856-616-2611 Direct
856-673-7011 Direct Fax

Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

January 31, 2020

<u>**VIA E-FILING**</u>

The Honorable Brian R. Martinotti, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 341
Trenton, NJ 08608

    **RE:** <u>**Greco v. Grewal., et al.**</u>
         <u>**Civil Action No. 3:19-cv-19145-BRM-TJB**</u>

Dear Judge Martinotti:

    This office represents Defendants, Gloucester Township Police Department, Bernard John Dougherty, Nicholas C. Aumendo, Donald B. Gansky, William Daniel Rapp and Brian Anthony Turchi ("Gloucester Township Defendants") in the above referenced matter. The Gloucester Township Defendants hereby join and adopt the legal arguments set forth in the supplemental brief of Codefendants, Gurbir S. Grewal, Jared M. Maples, New Jersey Office of Homeland Security and Preparedness, Camden County Prosecutor's Office, Jill S. Mayer, and Nevan Soumalis ("State Defendants"), filed earlier today, and repeat and incorporate same as if set forth at length herein.

    We thank Your Honor for your attention in this important matter.

                               Very truly yours,

                               ARCHER & GREINER
                               A Professional Corporation


                             By: <u>*/s/ Daniel J. DeFiglio*</u>
                                  Daniel J. DeFiglio

DJD/ier
cc:    All Counsel of Record (via e-filing)