**Law Offices of Albert J. Rescinio, L.L.C.**
**1500 Allaire Avenue - Unit #101**
**Ocean Township, New Jersey  07712**
**Telephone:     (732) 531-2005**
**Telefax:          (732) 531-8009**
**By:     Albert J. Rescinio, Esq. (ID#034331989)**
**Attorneys for Plaintiff David M. Greco,** *individually and on behalf of others similarly situated*

### UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| **David M. Greco,** *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>vs.<br><br>**Gurbir S. Grewal,** *New Jersey Attorney General, et al.,*<br><br>*Defendants.* | **Civil Action No. 3:19-cv-19145-BRM-TJB**<br>**Honorable Brian R. Martinotti, U.S.D.J.**<br>**Honorable Tonianne J. Bongiovanni, U.S.M.J.** |

### NOTICE OF MOTIONS

**TO:**   **Honorable Brian R. Martinotti, U.S.D.J.**
           **United States District Court**
           **District of New Jersey**
           **Newark Vicinage**
           **United States Court House**
           **Newark, New Jersey  07102**

           **Robert McGuire, Deputy Attorney General**
           **Simone Frey, Deputy Attorney General**
           **Bryan Lucas, Deputy Attorney General**
           **Office of the New Jersey Attorney General**
           **R.J. Hughes Justice Complex**
           **Trenton, New Jersey  08625**

1

**Attorneys for Defendant Gurbir S. Grewal**
**Bryan Lucas, Deputy Attorney General**
**Office of the New Jersey Attorney General**
**R.J. Hughes Justice Complex**
**Trenton, New Jersey  08625**
**Attorney for Defendants Jared M. Maples and New Jersey Office of Homeland Security and Preparedness**

**Howard L. Goldberg, Esq.**
**First Assistant County Counsel**
**Office of the Camden County Counsel**
**Courthouse - 14th Floor**
**520 Market Street**
**Camden, New Jersey  08102**
**Attorney for Camden County Prosecutor's Office, Jill S. Mayer and Nevan Soumails**

**Vincent P. Sarubbim Esq.**
**Daniel DeFiglio, Esq.**
**Archer & Greiner, P.C.**
**33 East Euclid Avenue**
**Haddonfield, New Jersey  08033**
**Attorneys for Defendants Gloucester Township Police Department, Bernard John Dougherty, Nicholas C. Aumendo, Donald B. Gansky, William Daniel Rapp and Brian Anthony Turchi**

**SIR/MADAM:**

**PLEASE TAKE NOTICE** that on a date and time to be fixed by the Court that the undersigned, attorney for Plaintiff David M. Greco, will move before the Court seeking an Order granting the following forms of relief:

- An Order certifying the matter as a "*Rule* 23(b)(3) Class Action" and specifically defining the "Certified Class";

- An Order appointing Plaintiff David Greco as "Class Representatives";

- An Order appointing Albert J. Rescinio, Esq. of Ocean Township (Monmouth County), New Jersey, as "Lead Class Counsel";

- An Order approving the initial proposed "Class Notices";

- An Order approving the initial proposed "Plan of Providing Notice"; and

- An Order commencing the providing of Notice of the pendency of this Class Action in the form and in the manner requested; and

**PLEASE TAKE FURTHER NOTICE** that at such time and place that the Plaintiff shall rely upon the MEMORANDUM OF LAW, the Declaration of David M. Greco and the Declaration of Albert J. Rescinio, Esq. with Exhibits, all submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

s/ *Albert Rescinio*

**DATED: Jan. 10, 2020**         **ALBERT J. RESCINIO, ESQ.**
                                 **ATTORNEY FOR PLAINTIFF DAVID M. GRECO**

**PROOF OF SERVICE:**

**ALBERT J. RESCINIO, ESQ.** hereby certifies as follows:

1. I am the attorney for the Plaintiff in the within matter.

2. On today's date I caused copies of the moving papers to be filed electronically with the Clerk of the District Court and served on all parties electronically as per *Rules of Court*.

**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

**EXECUTED THIS 10th DAY OF JANUARY 2020.**

s/ *Albert Rescinio*

**DATED: Jan. 10, 2020**         **ALBERT J. RESCINIO, ESQ.**