

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

March 6, 2020

**Via CM/ECF eFile**
Hon. Brian R. Martinotti, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 341
Trenton, NJ 08608

Re:   Greco v. Grewal, et al.
      Civil Action No. 3:19-cv-19145-BRM-TJB

Dear Judge Martinotti:

This office represents Defendants Gurbir S. Grewal, Jared M. Maples, New Jersey Office of Homeland Security and Preparedness, Camden County Prosecutor's Office, Jill S. Mayer, and Nevan Soumalis in the above referenced matter.

Pursuant to Your Honor's order of February 21, 2020, ECF No. 58, Defendants' deadline to answer, move, or otherwise respond to the Complaint in this matter is March 12, 2020. Plaintiff's second motion for class certification, ECF No. 59, is also returnable on April 6, 2020. Defendants write to request a 14-day extension of the deadline for their responsive pleading, from March 12, 2020, to March 26, 2020. Defendants also ask the court to adjourn Plaintiff's motion for class certification from April 6, 2020, to April 20, 2020, allowing Defendants to file their opposition by April 6, 2020, rather than the current March 23, 2020 deadline.

Plaintiff's counsel has kindly consented to these requests.

Thank you for your attention to this matter.



124 HALSEY STREET • TELEPHONE: 973-648-3573 • FAX: 973-648-7782
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Page 2

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Bryan Edward Lucas
Bryan Edward Lucas
Deputy Attorney General

cc: All Counsel of Record    **(Via CM/ECF eFile)**

It is so ordered this 10th day of March, 2020

Brian R. Martinotti, U.S.D.J.