

Daniel J. DeFiglio
*Member of New Jersey
and Pennsylvania Bar*
ddefiglio@archerlaw.com
856-616-2611 Direct
856-673-7011 Direct Fax

Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

March 6, 2020

**VIA E-FILING**

The Honorable Brian R. Martinotti, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 341
Trenton, NJ 08608

      **RE:  Greco v. Grewal., et al.**
            **Civil Action No. 3:19-cv-19145-BRM-TJB**

Dear Judge Martinotti:

      This office represents Defendants, Gloucester Township Police Department, Bernard John Dougherty, Nicholas C. Aumendo, Donald B. Gansky, William Daniel Rapp and Brian Anthony Turchi ("Gloucester Township Defendants") in the above referenced matter. Like Defendants Gurbir S. Grewal, Jared M. Maples, New Jersey Office of Homeland Security and Preparedness, Camden County Prosecutor's Office, Jill S. Mayer, and Nevan Soumalis ("State Defendants"), the Gloucester Township Defendants are also required to file an answer, move, or otherwise respond to the Complaint by March 12, 2020.

      The Gloucester Township Defendants therefore join in the State Defendants' requests for: (1) a 14-day extension of the deadline for the Gloucester Township Defendants to answer, move, or otherwise respond, from March 12, 2020, to March 26, 2020; and (2) an adjournment of Plaintiff's motion for class certification from April 6, 2020, to April 20, 2020.

      We thank Your Honor for your attention in this important matter.

                              Respectfully submitted,

                              ARCHER & GREINER
                              A Professional Corporation

                          By:  */s/ Daniel J. DeFiglio*
                                 Daniel J. DeFiglio

DJD/ier
cc: All Counsel of Record (via e-filing)
218120556v1

It is so ordered this 10th day of March, 2020.

Brian R. Martinotti, U.S.D.J.