GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, NJ 07101
Attorney for Defendants, Gurbir S. Grewal, Jared M. Maples, New Jersey Office of Homeland Security and Preparedness, Camden County Prosecutor's Office, Jill S. Mayer, and Nevan Soumalis

By:   Bryan Edward Lucas (ID: 108462015)
      Deputy Attorney General
      (973) 648-7811
      Bryan.Lucas@law.njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| DAVID M. GRECO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GURBIR S. GREWAL, New Jersey Attorney General; JARED M. MAPLES, Director, New Jersey Office of Homeland Security and Preparedness; NEW JERSEY OFFICE OF HOMELAND SECURITY AND PREPAREDNESS, a Cabinet Level Department of the State of New Jersey; CAMDEN COUNTY PROSECUTOR'S OFFICE, a municipal entity of the state of New Jersey; JILL S. MAYER, Acting Camden County Prosecutor; NEVAN SOUMILAS, Assistant Camden County Prosecutor; | Hon. Brian R. Martinotti, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>Docket No. 3:19-cv-19145<br><br>**CIVIL ACTION**<br><br>**NOTICE OF MOTION<br>TO DISMISS PURSUANT TO<br>FED. R. CIV. P. 12(b)(1) AND (6)**<br><br>**(ELECTRONICALLY FILED)** |

GLOUCESTER TOWNSHIP POLICE DEPARTMENT, a Municipal Entity of the State of New Jersey; BERNARD JOHN DOUGHERTY, Detective, Gloucester Township Police Department; NICHOLAS C. AUMENDO, Patrolman, Gloucester Township Police Department; DONALD B. GANSKY, Detective Sergeant, Gloucester Township Police Department; WILLIAM DANIEL RAPP, Detective, Gloucester Township Police Department; BRIAN ANTHONY TURCHI, Patrolman, Gloucester Township Police Department; "JOHN DOE #1" (a fictitious name); and "JOHN DOES 2-10" (fictitious names),

    Defendants.

To:    United States District Court
        District of NJ – Trenton Vicinage
        Clarkson S. Fisher Building & U.S. Courthouse
        402 East State Street
        Trenton, NJ 08608

        Albert J. Rescinio, Esq.
        1500 Allaire Avenue, Suite 101
        Ocean, NJ 07712

        Vincent P. Sarubbi , Esq.
        Daniel Joseph Defiglio, Esq.
        Archer & gGeiner
        One Centennial Square
        Haddonfield, NJ 08033

        Howard L. Goldberg, Esq.
        First Assistant County Counsel
        Camden County Counsel's Office

Courthouse, 14th Floor
530 Market Street
Camden, New Jersey 08102-1375

**PLEASE TAKE NOTICE** that on **June 15, 2020,** or as soon thereafter as counsel may be heard, the undersigned attorney for the Defendants, Gurbir S. Grewal, Jared M. Maples, New Jersey Office of Homeland Security and Preparedness, Camden County Prosecutor's Office, Jill S. Mayer, and Nevan Soumalis, will move before the Honorable Brian R. Martinotti, U.S.D.J., for an Order dismissing all claims against these Defendants pursuant to Fed. R. Civ. P. 12(b)(1) and (6);

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached brief in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Civ. P. 78, oral argument is not requested.

A proposed form of Order is attached.

                              GURBIR S. GREWAL
                              ATTORNEY GENERAL OF NEW JERSEY

            By:   /s/ Bryan Edward Lucas
                     Bryan Edward Lucas
                     Deputy Attorney General

DATE: May 11, 2020