GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, NJ 07101
Attorney for Defendants, Gurbir S. Grewal, Jared M. Maples, New Jersey Office of Homeland Security and Preparedness, Camden County Prosecutor's Office, Jill S. Mayer, and Nevan Soumalis

By:   Bryan Edward Lucas (ID: 108462015)
      Deputy Attorney General
      (973) 648-7811
      Bryan.Lucas@law.njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| DAVID M. GRECO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GURBIR S. GREWAL, New Jersey Attorney General; JARED M. MAPLES, Director, New Jersey Office of Homeland Security and Preparedness; NEW JERSEY OFFICE OF HOMELAND SECURITY AND PREPAREDNESS, a Cabinet Level Department of the State of New Jersey; CAMDEN COUNTY PROSECUTOR'S OFFICE, a municipal entity of the state of New Jersey; JILL S. MAYER, Acting Camden County Prosecutor; NEVAN SOUMILAS, Assistant Camden County Prosecutor; | Hon. Brian R. Martinotti, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>Docket No. 3:19-cv-19145<br><br>**ORDER** |

| |
|---|
| GLOUCESTER TOWNSHIP POLICE DEPARTMENT, a Municipal Entity of the State of New Jersey; BERNARD JOHN DOUGHERTY, Detective, Gloucester Township Police Department; NICHOLAS C. AUMENDO, Patrolman, Gloucester Township Police Department; DONALD B. GANSKY, Detective Sergeant, Gloucester Township Police Department; WILLIAM DANIEL RAPP, Detective, Gloucester Township Police Department; BRIAN ANTHONY TURCHI, Patrolman, Gloucester Township Police Department; "JOHN DOE #1" (a fictitious name); and "JOHN DOES 2-10" (fictitious names), Defendants. |

This matter having come before the Court on a motion pursuant to Fed. R. Civ. P. 12(b)(1) and (6) of Gurbir S. Grewal, Attorney General of New Jersey, by Bryan Edward Lucas, Deputy Attorney General, appearing on behalf of the Defendants, Gurbir S. Grewal, Jared M. Maples, New Jersey Office of Homeland Security and Preparedness, Camden County Prosecutor's Office, Jill S. Mayer, and Nevan Soumalis; and the Court having considered the papers submitted herein, and for good cause shown;

It is on this _____ day of _____, 2020;

**ORDERED** that the motion to dismiss all claims against the Defendants, Gurbir S. Grewal, Jared M. Maples, New Jersey Office of Homeland Security and

-3-

Preparedness, Camden County Prosecutor's Office, Jill S. Mayer, and Nevan Soumalis, in Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6) is **GRANTED**, and it is further

**ORDERED** that all claims against Defendants Gurbir S. Grewal, Jared M. Maples, New Jersey Office of Homeland Security and Preparedness, Camden County Prosecutor's Office, Jill S. Mayer, and Nevan Soumalis are hereby **DISMISSED WITH PREJUDICE.**

                                    _____
                                    HON. BRIAN R. MARTINOTTI, U.S.D.J.

\_\_\_\_ Opposed

\_\_\_\_ Unopposed