## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| DAVID M. GRECO, | |
| Plaintiff, | Civil Action No.  3:19-CV-19145 |
| v. | |
| GURBIR S. GREWAL, ET AL., | |
| Defendants. | |

## PROPOSED ORDER

ARCHER & GREINER
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121

*Attorneys for Defendants,*
*Gloucester Township Police Department,*
*Bernard John Dougherty, Nicholas C.*
*Aumendo, Donald B. Gansky, William*
*Daniel Rapp and Brian Anthony Turchi*

BY:   VINCENT P. SARUBBI, ESQ.
        KERRI E. CHEWNING, ESQ.
        DANIEL J. DEFIGLIO, ESQ.

This matter having come before the Court by way of motion of Defendants Gloucester Township Police Department, Bernard John Dougherty, Nicholas C. Aumendo, Donald B. Gansky, William Daniel Rapp and Brian Anthony Turchi ("Gloucester Township Defendants") to dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6); and the Court having considered the papers submitted herein, and for good cause shown;

It is on this _____ day of _____, 2020;

**ORDERED** that the Gloucester Township Defendants motion to dismiss Plaintiff's Complaint is hereby **GRANTED**; and it is further

**ORDERED** that all claims against the Gloucester Township Defendants shall be and are hereby **DISMISSED WITH PREJUDICE.**

_____

Hon. Brian R. Martinotti, U.S.D.J.

___ Opposed

___ Unopposed

218515987v1