**Law Offices of Albert J. Rescinio, L.L.C.**
**1500 Allaire Avenue - Unit #101**
**Ocean Township, New Jersey  07712**
**Telephone:    (732) 531-2005**
**Telefax:         (732) 531-8009**
**By:     Albert J. Rescinio, Esq. (ID#034331989)**
**Attorneys for Plaintiff David M. Greco,** *individually and on behalf of others similarly situated*

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

|  |  |
|---|---|
| **David M. Greco,** *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>vs.<br><br>**Gurbir S. Grewal,** *New Jersey Attorney General, et al.,*<br><br>*Defendants.* | **Civil Action No. 3:19-cv-19145-BRM-TJB**<br>**Honorable Brian R. Martinotti, U.S.D.J.**<br>**Honorable Tonianne J. Bongiovanni, U.S.M.J.** |

**NOTICE OF CROSS-MOTION FOR AN ORDER GRANTING PARTIAL SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF AND ENTERING FINAL JUDGMENT AWARDING NOMINAL DAMAGES, DECLARATORY RELIEF AND PERMANENT INJUNCTIVE RELIEF**

**TO:    Honorable Brian R. Martinotti, U.S.D.J.**
         **United States District Court**
         **District of New Jersey - Newark Vicinage**
         **United States Court House**
         **Newark, New Jersey  07102**

1

**Robert McGuire, Deputy Attorney General**
**Simone Frey, Deputy Attorney General**
**Bryan Lucas, Deputy Attorney General**
**Office of the New Jersey Attorney General**
**R.J. Hughes Justice Complex**
**Trenton, New Jersey  08625**
**Attorneys for Defendant Gurbir S. Grewal**

**Bryan Lucas, Deputy Attorney General**
**Office of the New Jersey Attorney General**
**R.J. Hughes Justice Complex**
**Trenton, New Jersey  08625**
**Attorney for Defendants Jared M. Maples and New Jersey Office of Homeland Security**
**and Preparedness**

**Howard L. Goldberg, Esq.**
**First Assistant County Counsel**
**Office of the Camden County Counsel**
**Courthouse - 14th Floor**
**520 Market Street**
**Camden, New Jersey  08102**
**Attorney for Camden County Prosecutor's Office, Jill S. Mayer and Nevan Soumails**

**Vincent P. Sarubbim Esq.**
**Daniel DeFiglio, Esq.**
**Archer & Greiner, P.C.**
**33 East Euclid Avenue**
**Haddonfield, New Jersey  08033**
**Attorneys for Defendants Gloucester Township Police Department, Bernard John**
**Dougherty, Nicholas C. Aumendo, Donald B. Gansky, William Daniel Rapp and**
**Brian Anthony Turchi**

**SIR / MADAM:**

PLEASE TAKE NOTICE that on a June 15, 2020 or such other time to be fixed by the

Court that the undersigned, attorney for Plaintiff David M. Greco, will Cross-Move before the

Court seeking an Order granting the following forms of relief:

- An Granting Partial Summary Judgment in Favor of Plaintiff and Entering Final

2

Judgment Awarding Nominal Damages, Declaratory Relief and Permanent Injunctive Relief; and and

**PLEASE TAKE FURTHER NOTICE** that at such time and place that the Plaintiff David M. Geco shall rely upon (1) Plaintiff's Statement of Uncontested Material Facts and (2) Memorandum of Law both submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

s/ *Albert Rescinio*
_____

**DATED: June 1, 2020**          **ALBERT J. RESCINIO, ESQ.**
                                 **ATTORNEY FOR PLAINTIFF DAVID M. GRECO**

**PROOF OF SERVICE:**

**ALBERT J. RESCINIO, ESQ.** hereby certifies as follows:

1.      I am the attorney for the Plaintiff in the within matter.

2.      On today's date I caused copies of the moving papers to be filed electronically with the Clerk

        of the District Court and served on all parties electronically as per *Rules of Court.*

**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

**EXECUTED THIS 1st DAY OF JUNE 2020.**

s/ *Albert Rescinio*
_____

**DATED: June 1, 2020**          **ALBERT J. RESCINIO, ESQ.**

3

4