UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE BRIAN R. MARTINOTTI
COURT REPORTER: MEGAN MCKAY-SOULE

DATE OF PROCEEDINGS: 7/8/2020
CRIMINAL DOCKET #: 19-19145(BRM)-01

TITLE OF CASE:
David M. Greco
       vs.
Gurbir Grewal, et al.,

APPEARANCES:
Albert J. Rescinio, Esquire, for plaintiff
Dan Defiglio, Esquire for defts, Gloucester Twp Police Dept., Doughtery, Aumendo, Gansky, Rapp & Turchi
Bryan Edward Lucas & Joseph Faroff, Deputy Attorney Generals for defts, Grewal, Maples, NJ of Homeland Security & Preparedness, Camden Prosecutor's Office, Mayer, & Soumalis

NATURE OF PROCEEDINGS: TELEPHONE STATUS CONFERENCE HELD.
It is ordered that the plaintiff has until July 20, 2020 to file additional papers.
TIME COMMENCED: 1:00 p.m.
TIME ADJOURNED: 1:05 p.m.
TOTAL TIME: 5 minutes

s/Dana Sledge-Courtney
Courtroom Deputy