# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID M. GRECO,<br><br>                Plaintiff,<br><br>v.<br><br>GUBIR S. GREWAL, *et al.*,<br><br>                Defendants. | Case No. 3:19-cv-19145 (BRM) (TJB)<br><br>**ORDER** |

**THIS MATTER** is opened to the Court by Plaintiff David M. Greco's ("Plaintiff") Second Motion for Class Certification. (ECF No. 59.) Defendants New Jersey Attorney General Gubir S. Grewal, Jared M. Maples, and the New Jersey Office of Homeland Security and Preparedness (collectively, the "State Defendants"), and the Camden County Prosecutor's Office, Jill S. Mayer, and Nevan Soumails (collectively, the "County Defendants") opposed the Motion. (ECF No. 67.) Defendants Gloucester Township Police Department, Bernard John Dougherty, Nicholas C. Aumendo, Donald B. Gansky, William Daniel Rapp, and Brian Anthony Turchi (collectively, the "Township Defendants" and with State and County Defendants, "Defendants") filed letter correspondence joining and adopting the legal arguments advanced by the State and County Defendants and providing limited briefing of their own. (ECF No. 68.) Plaintiff replied to Defendants' opposition briefs in a single filing. (ECF No. 70.)

The Court has carefully considered the parties' submissions and decides this matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Opinion and for good cause shown,

**IT IS** on this 29th day of September 2020, **ORDERED** that Plaintiff's Second Motion for Class Certification (ECF No. 59) is **DENIED**.

*s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**