## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

DAVID M. GRECO,

               Plaintiff,

               v.

GURBIR S. GREWAL, *et al.*,

               Defendants.

Case No. 3:19-cv-19145-(BRM)(TJB)

**ORDER**

**THIS MATTER** is opened to this Court by three Motions: (1) Defendants New Jersey Attorney General Gubir S. Grewal, Jared M. Maples, and the New Jersey Office of Homeland Security and Preparedness (collectively, the "State Defendants"), and the Camden County Prosecutor's Office, Jill S. Mayer, and Nevan Soumails' (collectively, the "County Defendants") Motion to Dismiss Plaintiff's Complaint under the *Younger* doctrine pursuant to Federal Rule 12(b)(1) and for failure to state a claim for which relief could be granted pursuant to Rule 12(b)(6) (ECF No. 65); (2) Defendants Gloucester Township Police Department, Bernard John Dougherty, Nicholas C. Aumendo, Donald B. Gansky, William Daniel Rapp, and Brian Anthony Turchi's (collectively, the "Township Defendants" and with State and County Defendants, "Defendants") Motion to Dismiss for failure to state a claim for which relief could be granted pursuant to Rule 12(b)(6) (ECF No. 66); and (3) Plaintiff David M. Greco's ("Plaintiff") Cross Motion for Partial Summary Judgment Pursuant to Federal Rule of Civil Procedure 56. (ECF No. 69.) Plaintiff opposes both of Defendants' Motions to Dismiss. (ECF No. 69.) Having reviewed the submissions filed in connection with the Motions and having declined to hold oral argument pursuant to Federal

Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause shown,

**IT IS** on this 7th of December 2020,

**ORDERED** that Defendants' Motions to Dismiss (ECF No. 65) and (ECF No. 66) are **GRANTED**; and it is further

**ORDERED** that Plaintiff's Cross Motion for Partial Summary Judgment (ECF No. 69) is **DENIED**; and it is further

**ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** in its entirety; and it is further

**ORDERED** that the clerk shall mark this matter **CLOSED.**

*s/ Brian R. Martinotti*_____
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**