UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-1035
_____

DAVID M. GRECO,
　　　　　　　Appellant

v.

ANDREW J. BRUCK, New Jersey Attorney General; JARED M. MAPLES, Director, New Jersey Office of Homeland Security and Preparedness; NEW JERSEY OFFICE OF HOMELAND SECURITY AND PREPAREDNESS, a Cabinet Level Department of the State of New Jersey, CAMDEN COUNTY PROSECUTOR's OFFICE, a municipal entity of the State of New Jersey; JILL S. MAYER, Acting Camden County Prosecutor; NEVAN SOUMAILS, Assistant Camden County Prosecutor; GLOUCESTER TOWNSHIP POLICE DEPARTMENT, a municipal entity of the State of New Jersey; BERNARD JOHN DOUGHERTY, Detective, Gloucester Township Police Department; NICHOLAS C. AUMENDO, Patrolman, Gloucester Township Police Department; DONALD B. GANSKY, Detective Sergeant, Gloucester Township Police Department; WILLIAM DANIEL RAPP, Detective, Gloucester Township Police Department; BRIAN ANTHONY TURCHI, Patrolman, Gloucester Township Police Department; JOHN DOE #1, (a fictitious name); and JOHN DOE 2-10 (fictitious names)
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civ. No. 3-19-cv-19145)
District Judge: Honorable Brian R. Martinotti
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
October 29, 2021
_____

Before: GREENAWAY, JR., KRAUSE, and PHIPPS, *Circuit Judges*.

_____

JUDGMENT
_____

    This cause came to be considered on the record on appeal from the United States District Court for the District of New Jersey and was submitted on October 29, 2021.  On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the judgment of the United States District Court for the District of New Jersey entered on December 13, 2020, be and the same is hereby AFFIRMED.  Costs will be taxed against Appellant.  All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:  May 13, 2022